UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | CASE NO.: 18-cv-05095 |
| MIKE DITKTA'S – CHICAGO, LLC ) | |
| d/b/a MIKE DITKA'S RESTAURANT ) | Judge Norgle |
| ) | Magistrate Judge Valdez |
| Defendant. ) | |

**STIPULATION TO VOLUNTARY DISMISS ACTION
PURSUANT TO FED.R.CIV.P. 41(a)(1)(ii)**

Pursuant to FED. R. CIV. P. 41(a)(1)(ii), the Plaintiff, HOWARD COHAN and the Defendant MIKE DITKTA'S – CHICAGO, LLC, d/b/a MIKE DITKA'S RESTAURANT, hereby stipulate and agree to the voluntary dismissal of this action, with prejudice, each party to bear their own costs, including attorneys' fees, as all matters in controversy have been fully resolved.

| | |
|---|---|
| HOWARD COHAN | MIKE DITKTA'S – CHICAGO, LLC, |
| | d/b/a    MIKE DITKA'S RESTAURANT |
| | |
| By:     /s/ *Marshall J. Burt* | |
| Marshall J. Burt | By: */s/ Lawrence W. Byrne* |
| The Burt Law Group, Ltd. | Lawrence W. Byrne |
| 77 W. Washington, Ste 1300 | Pedersen & Houpt, P.C. |
| Chicago, IL 60602 | 161 N. Clark St., Suite 2700 |
| 312-419-1999 | Chicago, IL 60601 |
| | 312-261-2155 |